43 A.3d 1286

**Angel PEREZ, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Court of Common Pleas of Philadelphia, Respondents.**

**No. 22 EM 2012.**

Supreme Court of Pennsylvania.

May 7, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of May, 2012, the "Application for Review or Petition for the Remission of the Record and

Remand to the Lower Court and/or Extraordinary Mandamus Relief," the Application for Appointment of Counsel, and the Application for an Immediate Hearing are **DENIED.**